JONAS WEATHERFORD, Appellant, v. JOSEPHUS CUNNINGHAM,
Appellee.

## AGREED CASE FROM MORGAN.

Where A. purchased from B. one hundred acres of land, for the sum of $1,700.00,
before conveyance A. sold half the land to C. for $850.00, but C. agreed to pay
B. $180.00 for a choice of halves of the land to B. and the land was conveyed
upon these terms : Held, that B. was to pay $670.00, and C. $1,030.00, for their
respective halves of the land.

THIS cause, by agreement of parties, is certified to the Su-
preme Court, to be reviewed on the following agreed case,
to wit :

Plaintiff contracted with one Lewis Massie, for sale and con-
veyance of 100 acres of land for $1,700. Before the execu-
tion of a deed to him, he sold one half of the land to defend-
ant, at the same rate as above, who agreed to pay Massie $180
for choice of the halves of the land ; and they, plaintiff, defend-
ant and Massie, agreed that the plaintiff was to execute deeds
to them respectively, and that the defendant was to pay the
$180 to plaintiff. He executed a deed to the defendant for
the consideration of $1,030, and to Massie for the consideration
of $670. Of the $1,030, the defendant paid the plaintiff $940,
and refused to pay any more. Massie paid the $670, the con-
sideration of the deed to him. Plaintiff sued the defendant for
the $90, before a justice of the peace, and recovered a judg-
ment for the same and costs ; from which the defendant
appealed, and the judge of said court, by consent, without a
jury, tried the case, and reversed the judgment of the justice
of the peace, and gave judgment in favor of the defendant for
costs in this and the Justice's Court. From which judgment of
reversal, the plaintiff appealed, and executed appeal bond for
the next term of the Supreme Court of this State ; when and
where said judgment of reversal is to be reviewed on this
agreed case, without any other or further record ; and without
exception to any matter of form. And so this case is to be
certified by the clerk of said court, to the Supreme Court of
this State for the next January term.

CYRUS EPLER, for Appellant.

D. A. AND T. W. SMITH, for Appellee.

BREESE, J. The price of the land as agreed, was seventeen
hundred dollars, of which Massie and Cunningham were to pay
to Weatherford, equal portions, that is, eight hundred and fifty

dollars each. To secure the choice in the division of the land, Cunningham agreed to pay Massie one hundred and eighty dollars, and by a subsequent agreement, to pay it to their common creditor, Weatherford. This sum of one hundred and eighty dollars, paid by Cunningham to Weatherford on Massie's account, reduced Massie's indebtedness to him to six hundred and seventy dollars, and increased Cunningham's by the same amount; he is to pay Weatherford, therefore, the price of one half the land as originally agreed, *plus* one hundred and eighty dollars for the choice, making the amount due from him to Weatherford, ten hundred and thirty dollars. Suppose Cunningham, instead of buying of Massie one half the land, had bought of Weatherford, and agreed to pay him one hundred and eighty dollars premium for the choice. Clearly he would owe Weatherford $850, *plus* $180—in all, ten hundred and thirty dollars.

The judgment of the Circuit Court is reversed, and judgment entered here for ninety-four dollars and fifty cents, the balance due with interest, in favor of the appellant.

*Judgment reversed.*